SARAH R. WEST, as Administratrix of .the Estate of HESTER A. McCULLOUGH, Deceased, Respondent, *v.* ANNORA L. McCULLOUGH et al., as Administrators with the Will Annexed of GEORGE W. McCULLOUGH, Deceased, Appellants.

*West* v. *McCullough,* 123 App. Div. 846, affirmed.
(Argued December 8, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 1, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to determine the title to a certain deposit in a savings bank.

*John Thomas Smith* and *Frank A. Gaynor* for appellants.

*Henry A. Powell* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Not voting: GRAY, J. Absent: WERNER, J.